UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TONY ALLEN KENNARD,<br><br>　　　　　Defendant. | Case No. 3:01-cr-0013-JKS<br><br>**PROPOSED ORDER<br>TO RELEASE PASSPORT** |

　　　　On consideration of the defendant's request for an order authorizing the Clerk of Court to release the defendant's passport to the defendant;

　　　　It is hereby ordered that the request is granted. The Clerk of Court is authorized to mail the passport to Mr. Kennard at P.O. Box 8622, Kodiak, Alaska 99615.

　　　　DATED this _____ day of _____, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Court Judge