UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>TONY ALLEN KENNARD,<br><br>         Defendant. | Case No. 3:01-cr-0013-JKS<br><br>**ORDER<br>TO RELEASE PASSPORT** |

On consideration of the defendant's request for an order authorizing the Clerk of Court to release the defendant's passport to the defendant;

It is hereby ordered that the request is granted. The Clerk of Court is authorized to mail the passport to Mr. Kennard at P.O. Box 8622, Kodiak, Alaska 99615.

DATED this 1st day of August 2006, in Anchorage, Alaska.

                                                                      ___/s/James K. Singleton, Jr.,_____<br>
                                                                      James K. Singleton, Jr.<br>
                                                                       United States District Court Judge