M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>TONY ALLEN KENNARD,<br><br>             Defendant. | Case No. 3:01-cr-0013-JKS<br><br>**MOTION TO<br>RELEASE TRAVEL VISAS** |

Tony Allen Kennard asks this court for an order directing the Clerk of Court to release two travel Visas currently held by the ocurt.  Mr. Kennard was required to surrender these Visas to the court as a condition of release in the above-styled matter. Mr. Kennard has complied with all conditions of release and the case has been resolved. Accordingly, it is appropriate to return the Visas.

This motion is submitted pursuant to D. Alaska Loc. Crim. R. 47.1 and is based upon the affidavit of counsel filed herewith.

Case 3:01-cr-00013-JKS   Document 435   Filed 08/07/2006   Page 2 of 2

DATED at Anchorage, Alaska, this 7th day of August, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on August 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Retta-Rae Randall, Esq.

and a copy was hand-delivered to:

U.S. Probation & Pretrial Services
222 West 7th Avenue, No. 48, Room 168
Anchorage, AK  99513-7562

/s/ M. J. Haden

*United States v. Tony Allen Kennard*
Case No. 3:01-cr-0013-JKS                    Page 2