UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TONY ALLEN KENNARD,<br><br>    Defendant. | Case No. 3:01-cr-0013-JKS<br><br>**PROPOSED ORDER<br>TO RELEASE PASSPORT** |

On consideration of the defendant's request for an order authorizing the Clerk of Court to release the defendant's two travel Visas to the defendant;

It is hereby ordered that the request is granted. The Clerk of Court is authorized to mail the two travel Visas to Mr. Kennard at P.O. Box 8622, Kodiak, Alaska 99615.

DATED this _____ day of _____, 2006, in Anchorage, Alaska.

_____
James K. Singleton, Jr.
United States District Court Judge