M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Friend of Court

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TONY ALLEN KENNARD,<br><br>                Defendant. | Case No. 3:01-cr-0013-JKS<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA      )
                                  ) ss.
THIRD JUDICIAL DISTRICT  )

        M. J. Haden, being first duly sworn upon oath, deposes and says as follows:

        1.      I am an attorney with the Federal Public Defender.

        2.      On June 3, 2006, I received a telephone call from Mr. Kennard. Mr. Kennard advised that he had received a letter from the Clerk's Office regarding the return of his passport.  He requested assistance in procuring its return.

        3.      Mr. Kennard was required to surrender his passport and two travel Visas to the Clerk of Court as a condition of release pending resolution of the case.

4. The case has been resolved and it is appropriate to return Mr. Kennard's travel Visas.

5. Accordingly, I am asking for an order authorizing the Clerk of Court to release the travel Visas to Mr. Mr. Kennard. Mr. Kennard requested that the Visas be mailed to: Tony Kennard, P.O. Box 8622, Kodiak, Alaska 99615.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. HADEN

SUBSCRIBED and SWORN to before me this 7th day of August, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007