UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|         Plaintiff, | Case No. 3:01-cr-0013-JKS |
| vs. | |
| TONY ALLEN KENNARD, | **ORDER**<br>**TO RELEASE TRAVEL VISAS** |
|         Defendant. | |

On consideration of the defendant's request for an order authorizing the Clerk of Court to release the defendant's two travel Visas to the defendant;

It is hereby ordered that the request is granted. The Clerk of Court is authorized to mail the two travel Visas to Mr. Kennard at P.O. Box 8622, Kodiak, Alaska 99615.

DATED this 10th day of August 2006, in Anchorage, Alaska.

                                        /s/James K. Singleton, Jr.
                                        James K. Singleton, Jr.
                                        United States District Court Judge