PROB 34
1/92

Report and Order Terminating
Supervised Release

# United States District Court

for the

District of Alaska



MAR - 8 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

v.                                    Case No.     A01-0013-03-CR (JMF)

Tony Allen Kennard

It appearing that the above-named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on February 28, 2007. It is therefore recommended that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

**REDACTED SIGNATURE**                    3/07/2007

Charlene Wortman                              Date
U.S. Probation Officer

**REDACTED SIGNATURE**
Eric D. Odegard
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ 8 _____ day of _____ March _____, 20 07

**REDACTED SIGNATURE**

John W. Sedwick
Chief U.S. District Court Judge